**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-23-0000052**
**31-DEC-2024**
**07:53 AM**
**Dkt. 62 OAWST**

NO. CAAP-23-0000052

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

LUENTHAI FISHING VENTURE LIMITED,
on behalf of itself and derivatively on behalf of
Nominal Defendant HKH JVC, LLC, Plaintiff-Appellant, v.
T.J. KRAFT, LTD., and THOMAS J. KRAFT, Defendants-Appellees, and
HKH JVC, LLC, Nominal Defendant-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-22-001179)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Leonard, Acting Chief Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation for Dismissal of Appeal with Prejudice (**Stipulation**), filed on December 20, 2024, by Defendants-Appellees T.J. Kraft, Ltd., and Thomas J. Kraft, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) under Hawaiʻi Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs; and (3) the Stipulation is signed by counsel for all appearing parties.

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice.  The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, December 31, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge